UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| RHODE ISLAND TEXTILE COMPANY,<br><br>    Plaintiff,<br><br>    V.<br><br>HOLLYWOOD FASHION SECRETS, INC.,<br><br>    Defendant. | Civil Action No. 1:14-cv-456 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereto stipulate to the dismissal of this action with prejudice, each party bearing its own costs and attorneys' fees, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

Respectfully submitted,

RHODE ISLAND TEXTILE COMPANY,      HOLLYWOOD FASHION SECRETS, INC.,

By its attorneys,                                                        By its attorneys,

　　/s/ Jodi-Ann McLane                                       /s/ Rajaram Suryanarayan
Jodi-Ann McLane, Esq. (#6173)                   Rajaram Suryanarayan (RI # 4451)
DINGMAN, MCINNES & MCLANE, LLP   David Casale (RI # 8198)
31 Brownell St.                                               Gunning & LaFazia, Inc.
PO Box 555                                                    33 College Hill Road, Suite 25B
Warren, RI 02885                                          Warwick, RI  02886
Email: jodi@dmmiplaw.com                        Email: rsury@gunninglafazia.com
Telephone: (401) 223-5853                         Email: dcasale@gunninglafazia.com
Facsimile:  (866) 610-0507                          Telephone: (401) 521-6900
　　　　　　　　　　　　　　　　　　　 Facsimile:  (401) 521-6901

| | |
|---|---|
| *(admitted pro hac vice):* | *(admitted pro hac vice):* |
| John T. McInnes | Lora M. Friedman (MN #259615) |
| Dingman, McInnes & McLane, LLP | Lora L. Myers (MN #387116) |
| 114 Turnpike Road, Suite 108 | FREDERIKSON & BYRON, P.A. |
| Westborough, MA 01581 | 200 South Sixth Street, Suite 400 |
| Telephone: (508) 938-1567 | Minneapolis, MN 55402-1425 |
| Facsimile: (508) 898-9498 | Telephone: (612) 492-7000 |
| | Facsimile: (612) 492-7077 |
| Dated: May 8, 2015 | Dated: May 8, 2015 |